FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 15 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Trueli Jackson G059571
Name and Prisoner/Booking Number

Estrella Detention Facility
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Trueli Serene Jackson,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Paul Penzone,
(Full Name of Defendant)

(2) Maricopa County Sheriff Office

(3) Estrella Jail

(4) CHS Medical Services,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV23-02634-PHX-SPL--ASB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: Estrella Detention Facility

2. Institution/city where violation occurred: Estrella Detention Facility
   Phoenix Arizona, 85009
3.

## B. DEFENDANTS

1. Name of first Defendant: **Paul Penzone**. The first Defendant is employed as: **Maricopa county sheriff** at **Estrella Detention facility**.
   (Position and Title) (Institution)

2. Name of second Defendant: **CHS Medical**. The second Defendant is employed as: **correction Health services** at **Estrella Jail**.
   (Position and Title) (Institution)

3. Name of third Defendant: **MCSO**. The third Defendant is employed as: **Detention Center** at **Estrella Phoenix, AZ**.
   (Position and Title) (Institution)

4. Name of fourth Defendant: **Estrella female Jail**. The fourth Defendant is employed as: **correction** at **Phoenix Arizona**.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? **0**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: **Eighth Admendment Health & Safety Negligence**

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - [X] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Small cells are being housed to Inmates causing to over crowd. I've heard it's been like this since 2017 there is visible black toxic mold infestation throughout the facility, including showers, toilets, sinks, vents, water dispensers, air vents & along the walls. Mold has been found on bread & fruits served to Inmates, toothpaste as well. The facility knowingly doesn't provide the appropreate level of health care for the toxins that are Ingested daily. Fines are being paid to the facility yet nothings being done real estate has yet to talk about it. Pregnant women are being housed in these cells as well. Rats have been seen in the kitchen running through food served to Inmates. Inmates are told by health dep. to constantly order to sweep fecies off the conveyor belts. Those fines amt to thousands of dollars but Estrella a ct. facility still house women. Since being here I have had breathing issues at night, lack of sleep chest pain, sickness, headaches.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Mental torture, emotional health Digestion, breathing issues, psycological torture which will be a long time Injury.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [X] Yes [ ] No
   b. Did you submit a request for administrative relief on Count I? [ ] Yes [X] No
   c. Did you appeal your request for relief on Count I to the highest level? [ ] Yes [X] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Staff fail to notify Inmates or acknowledge the black mold. this applies to all staff Including officers & medical staff.

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>1997; : title 42</u>
<u>respecting stands of care</u>

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities ☐ Mail ☐ Access to the court ☒ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The facility ignores the long term & current issues being caused by the mold all over the building. The standards of care are not up to standards.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   long term injury due to mold poisoning

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes ☐ No
   2. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No
   3. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Due to retaliation to inmates.

## COUNT III

1. State the constitutional or other federal civil right that was violated: 1997g, title 42 priorities for use of funds.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   MCSO & appropriate authorities have made correct use of funds as according to 1997 to fix such unconstitutional or illegal conditions that exist.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I'm having breathing problems here & digestive issues. This is due to the mold I'm forced to breathe in.

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   2. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   3. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Fear of retaliation while being here at Estrella.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

### E. REQUEST FOR RELIEF

State the relief you are seeking:

Relief I am seeking is complete violation of my 8th amendment right along with Negligence while housed at the Estrella Detention Facility. I am seeking maximum payment of $75,000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/29/2023
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## CERTIFICATION

DEC 11 2023

I hereby certify that on this date _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and two (2) copies to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

\_\_\_ Hon _____ United States District Court, District of Arizona.

\_\_\_ Hon _____ United States District Court, District of Arizona.

\_\_\_ Attorney General, State of Arizona, _____

\_\_\_ Judge _____ Superior Court, Maricopa County, State of Arizona.

\_\_\_ County Attorney, Maricopa County, State of Arizona _____

\_\_\_ Public Defender, Maricopa County, State of Arizona _____

\_\_\_ Attorney _____

\_\_\_ Other _____

\_\_\_ _____

\_\_\_ _____

_____
Legal Support Specialist Signature

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009